

FILED & JUDGMENT ENTERED
Steven T. Salata

May 11 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE:<br><br>**RICHARD ALAN MAYS,**<br><br>Debtor. | Case No. 08-30950<br><br>Chapter 7 |
|---|---|
| **BANK OF GRANITE,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD ALAN MAYS,**<br><br>Defendant. | Adv. Proc. 08-3087 |

**JUDGMENT**

Based upon the court's Findings of Fact and Conclusions of Law entered contemporaneously herewith,

It is **ADJUGED** that:

1. The plaintiff, Bank of Granite, shall have and recover from Richard Alan Mays the sum of $791,400.00;

      2.      The plaintiff's Judgment shall bear interest at the rate of $58.62 per diem from March 5, 2007, until paid; and

      3.      This debt is non-dischargeable pursuant to both 11 U.S.C. §§ 523(a)(2)(A) and (B).

**This Order has been signed electronically.**      **United States Bankruptcy Court**
**The Judge's signature and court's seal**
**Appear at the top of the Order.**